[Nos. 29036-1-III; 29037-9-III;   Division Three.   July 28, 2011.]
29038-7-III; 29039-5-III.

*In the Matter of the Welfare of* S.N.F. ET AL.

Appeals from a judgment of the Superior Court for Kittitas County, No. 09-7-00051-5, Scott R. Sparks, J., entered April 8, 2010. *Affirmed in part, reversed in part,* and *remanded* by unpublished opinion per Sweeney, J., concurred in by Kulik, C.J., and Brown, J.

[No. 29102-2-III.   Division Three.   July 28, 2011.]

CLASEN FRUIT & COLD STORAGE, INC., *Respondent,* v.
FREDERICK & MICHAEL CONSTRUCTION
COMPANY, INC., *Petitioner.*

Appeal from a judgment of the Superior Court for Yakima County, No. 08-2-04371-1, F. James Gavin, J., entered April 29, 2010. *Reversed* and *remanded with instructions* by unpublished opinion per Sweeney, J., concurred in by Kulik, C.J., and Brown, J.

[No. 29133-2-III.   Division Three.   July 28, 2011.]

THE STATE OF WASHINGTON, *Respondent,* v. DENNIS MICHAEL STENSGAR, *Appellant.*

Appeal from a judgment of the Superior Court for Okanogan County, No. 09-1-00339-2, Jack Burchard, J., entered May 7, 2010. *Affirmed* by unpublished opinion per Siddoway, J., concurred in by Kulik, C.J., and Korsmo, J.

[No. 64234-1-I.   Division One.   August 1, 2011.]

THE STATE OF WASHINGTON, *Respondent,* v. SCOTT SOLLESVIK,
*Appellant.*

Appeal from a judgment of the Superior Court for King County, No. 08-1-00987-1, Christopher A. Washington, J., entered October 7, 2009. *Affirmed* by unpublished opinion per Ellington, J., concurred in by Dwyer, C.J., and Schindler, J.